UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA          :
                                   :   **UNSEALING ORDER**
           - v. -                     :
                                   :   19 Cr. 462 (KPF)
HABEEB AUDU,                       :
   a/k/a "Dickson,"               :
ALADE KAZZEM SODIQ,             :
   a/k/a "Eluku,"                  :
YUSUF OWOLABI ABDUL,            :
   a/k/a "Saheed Sador,"         :
ABDULAI KENNEDY SAAKA,          :
   a/k/a "Kenney," and           :
DOMINIC FRANCIS LABIRAN,        :
                                   :
             Defendants.                :
- - - - - - - - - - - - - - - - - - - X

         Upon application of the United States of America, by and through Assistant United States Attorneys Jonathan E. Rebold and Andrew A. Rohrbach, it is hereby ORDERED that Indictment 19 Cr. 462 (KPF), which was filed under seal on June 20, 2019, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        January 7, 2021

                                      _____
                                      HONORABLE KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK