UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                                1:19-cr-462-KPF-5

          Plaintiff,                                **ORDER FOR ADMISSION**

V.                                                                           **PRO HAC VICE**

YUSUF OWOLABI ABDUL, et al.,

          Defendant.

The motion of JOSEPH DOMINIC BENINCASA, for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Joseph Benincasa
KAPLAN KENEGOS & KADIN
9150 Wilshire Blvd., Suite 175
Beverly Hills, CA 90212
T: (310) 859-7700
F: (310) 859-7773
E: jobenincasa@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant YUSUF OWOLABI ABDUL in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: April 14, 2021

                                                       Honorable Katherine Polka Failla
                                                       United States District Judge