UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HABEEB AUDU and YUSUF OWOLABI ABDUL,<br><br>Defendants. | 19 Cr. 462 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled in this matter for August 27, 2021, is ADJOURNED to **September 14, 2021, at 10:30 a.m.**  The conference will proceed by video.  Access instructions will be provided in advance of the conference.

It is ORDERED that time is excluded under the Speedy Trial Act until September 14, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow both Defendants to appear remotely and will promote efficient management of the case.

SO ORDERED.

Dated:  August 23, 2021
          New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge