

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Dominic Labiran* et al., 19 CR 462 (KPF)

Dear Judge Failla:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Andrew Rohrbach
Assistant United States Attorney
(212) 637-2345

```
Application GRANTED.  The Court thanks Mr. Rohrbach for his work
on this matter and wishes him the best in his future pursuits.

The Clerk of Court is directed to terminate Mr. Rohrbach from the
docket and to terminate the motions at docket entries 150 and
151.

                                       SO ORDERED.

Dated:    June 6, 2023
          New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```